

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

November 3, 2022

**BY ECF**
Honorable Magistrate Ona T. Wang
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED.**

Re: Case 1:22-cv-7154, Dicks v. AMF Bowling Worldwide, Inc.

To the Honorable Judge Wang,

Plaintiff submits this letter-motion for a *nunc pro tunc* adjournment of the initial pretrial scheduling conference, scheduled for November 2, 2022. Plaintiff recently effectuated service upon the defendant on November 2, 2022, and as such Defendant's time to respond to the Complaint expires on November 24, 2022 (Dkt No. 7). Further, Plaintiff hasn't been in communication with the Defendant as of yet. As such, Plaintiff respectfully requests that the conference scheduled to take place yesterday be given a new date, after Defendant is set to respond to the action. Plaintiff requests a new conference date of December 2, 2022. If Defendant fails to respond by that date, Plaintiff plans on seeking a default judgment in accordance with Your Honor's rules. This is the first time this relief is being requested.

Plaintiff thanks the court for its consideration in this matter.

Respectfully and sincerely,

/s/ Mars Khaimov, Esq.

---

Application **GRANTED**.

The Court held an Initial Pretrial Conference on November 2, 2022, which neither party appeared for. The Plaintiff is notified that future failures to appear may result in a recommendation to dismiss for failure to prosecute.

The Court will hold an Initial Pretrial Conference on **December 8, 2022 at 2:30 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully directed to close ECF 8.

**SO ORDERED.**

_____
U.S.M.J. Ona T. Wang
November 7, 2022

